## No. 17,735.

GEORGE HORNING *v.* HAROLD DAVIS.
(295 P. [2d] 1041)

Decided March 26, 1956.   Rehearing denied April 30, 1956.

Mr. GORDON H. ROWE, JR., for plaintiff in error.

Messrs. MOSES & DESOUCHET, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.